IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMMY HART                                                              PLAINTIFF

v.                          No. 3:14-cv-269-DPM

BRIGHTWATER CAPITAL, LLC,
A Florida Corporation                                                   DEFENDANT

JUDGMENT

Hart's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 June 2015